UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:13-cr-0242-WTL-DML |
| | ) | |
| RUBEN RIOS, | ) | - 01 |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Denise LaRue's Report and Recommendation that Ruben Rios' supervised release be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 5 months, in the custody of the Attorney General. Upon Mr. Rios' release from confinement, he will be subject to 24 months of supervised release and with up to the first 120 days of such period of supervision to be served in a Residential Reentry Center.

SO ORDERED this 08/12/2014

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.

U. S. Parole and Probation

U. S. Marshal